# AFFIDAVIT

I, GRANT LOWE, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn, state the following:

1. I have been a Special Agent of the FBI for more than 11 years, and have been assigned to the Columbia Division since August 2008. The statements contained in this affidavit are based on my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of the FBI. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances I believe are sufficient to establish probable cause to believe the defendant, BENJAMIN THOMAS SAMUEL MCDOWELL, a/k/a BENJI MCDOWELL, has committed the offense of possession of a firearm and/or ammunition by a convicted felon, in violation of 18 U.S.C §§922(g).

2. MCDOWELL is prohibited from possessing or acquiring a firearm or ammunition pursuant to 18 U.S.C §922(g) because he has been convicted of a felony, that is, a crime punishable by a term of imprisonment exceeding one year.

3. On December 26, 2016, MCDOWELL conveyed through Facebook account "Samuel McDowell" the message "I love love to act what u think http://www.mbsynagogue.org Temple Emanu-El, Myrtle Beach, SC, Conservative Synagogue".

4. Horry County Police Department officials indicated MCDOWELL had established White Supremacy Extremist (WSE) connections while serving prison sentences in South Carolina for various criminal offenses. Furthermore, MCDOWELL's tattoos on his extremities indicated his affiliation with the WSE.

5. On or about January 5, 2017 on Facebook, MCDOWELL posted, "Dylann roof did what these tattoos wearing so badass is supposed to be doing they don't give f*** about their white race. All they wanne do is stay loaded on drugs the Jews put here to destory white man and they feast on the drugs. they should be Feasting on the enemy that stole their Heritage and their bloodline and trying to run us off of this Earth you can post pictures of f****** Viking and swords all the s*** you want to post if you ain't got the heart to fight for Yahweh like dylann roof did you need to shut the f******up damn right I'm pissed off when I see a f******white young and disable beat him to death before f******n****** and white people running their f******mouth not doing nothing!!!!!!!damn right I'm pissed off".

6. On or about January 6, 2017, a review of Facebook Instant Messenger revealed MCDOWELL requested an "iron", a coded term for a gun.

7. On January 12, 2017, MCDOWELL met an FBI Undercover Employee (UCE) who MCDOWELL believed handled problems for the Aryan Nations (AN). While in the presence of the UCE, MCDOWELL indicated he had brought marijuana with him and desired to smoke it. The UCE asked him to refrain. Later at a hotel in Myrtle Beach, SC, while discussing what the UCE could provide MCDOWELL, the UCE stated, "I have to make sure that...if you going to do what you want to do...that doesn't come back to me." MCDOWELL stated he didn't want an attack coming back on him either, and wanted to be "scot-free". MCDOWELL emphasized he did not want to get caught and go back to jail. MCDOWELL further voiced apparent frustration with other white supremacists, stating that screaming "white power" was not getting the job done. He indicated he desired a deeper response, "I got the heart to do that shit, but I don't have

the good training." MCDOWELL indicated he sought a way to conduct an attack on non-whites without getting caught. During the same meeting, MCDOWELL discussed his beliefs in white power and indicated a hatred for non-whites. MCDOWELL stated, "I'm wanting to do this shit, and I got the heart to do this." MCDOWELL said, "I seen what Dylann Roof did and in my heart I reckon I got a little bit of hatred and I..I want to do that shit. Like, I got desire...not for nobody else...it just... I want something where I can say, 'I fucking did that'...me personally." MCDOWELL further stated, "If I could do something on a fucking big scale and write on the fucking building or whatever, 'In the spirit of Dylann Roof.'" In further discussion, MCDOWELL told the UCE he had not decided on a place or time to conduct an attack.

8. In a subsequent phone call the same day, MCDOWELL requested that the UCE acquire a .40 caliber handgun for him (MCDOWELL), because he wanted to conduct an attack on an unknown location outside the county where he resided.

9. On or about January 25, 2017, on Facebook MCDOWELL posted, "Clean up world jewelry in the name of Yahweh. I wish the day we all get off Facebook and white Warriors like we was born to be like Dylan roof but we gotta do it in a smart away and it takes a team it takes no drugs and party and more planning for the real Victory and not just saying it but should want Bloodshed 2 crave it and be a fanatic for your white race and for Yahweh God they've been murder and killed our birth rites of our white race. Its impossibly live the 14 words and let ungodly people destroy our race".

10. On January 26, 2017, MCDOWELL stated in a phone conversation with the UCE, "I just be plotting it out, like, I mean you just run up there on them if they back there partying, and all, with a fucking AK and rip them sumbitches down, and throw, a damn,

something at them". During the same conversation, MCDOWELL requested either a .38 or .40 caliber weapon, and it was agreed that the UCE would procure MCDOWELL the .40 caliber Glock he requested.

11. On or about February 10, 2017, MCDOWELL indicated to the UCE, he (MCDOWELL) would like hollow point ammunition for the .40 caliber Glock.

12. On or about February 11, 2017, in a phone conversation with the UCE, MCDOWELL indicated a reluctance to speaking of his plans over a landline and felt more comfortable speaking over a cellular line. MCDOWELL indicated that since he had no minutes of service remaining on his cell phone, and his mother would not allow him to continue to use her cell phone, he was speaking on his mother's landline. MCDOWELL indicated he would provide more information on what he was planning in person when he met with the UCE.

13. On or about February 11, 2017, MCDOWELL and the UCE agreed to meet on February 15, 2017, at which time MCDOWELL would purchase a .40 caliber Glock and ammunition from the UCE. They discussed a plan where the UCE would pick MCDOWELL up at his mother's house, 2653 Tanga Lane, Conway, SC 29526, then travel to MCDOWELL's grandfather's house approximately a mile away. At MCDOWELL's grandfather's house, MCDOWELL would acquire money from his grandfather to pay the UCE for the weapon and ammunition. Both would then travel to a restaurant for lunch and to discuss MCDOWELL's plans for an attack.

14. On February 15, 2017, the UCE and MCDOWELL met as planned. MCDOWELL purchased a .40 caliber Glock (the firing pin of which had been shaved down without

the knowledge of MCDOWELL), and hollow point ammunition from the UCE for approximately $109.

15. On February 15, 2017, soon after the above purchase was completed, Agents observed MCDOWELL holding a red bag while in the parking lot of the Hampton Inn, 1140 Celebrity Circle, Myrtle Beach, SC 29577. MCDOWELL was arrested and searched. On his person among other things was what MCDOWELL described to be marijuana in a cigarette, along with a cellular telephone. The .40 caliber Glock and .40 caliber ammunition just purchased by MCDOWELL were found in the red bag.

Reviewed by AUSA A. Bradley Parham

GRANT LOWE
Special Agent
Federal Bureau of Investigation

Sworn to before me this

___16___ day of February, 2017

Kaymani D. West
U.S. Magistrate Judge