IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal   4:17-mj-00037-MCRI |
| ) | |
| vs. ) | |
| ) | |
| Benjamin Thomas Samuel McDowell ) | **ORDER** |
| ) | |

Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder on April 21, 1971, by the Judicial Council of the Fourth Circuit,

IT IS ORDERED that the Federal Public Defender is appointed to represent the above-named defendant.

IT IS SO ORDERED.

_____
KAYMANI D WEST
UNITED STATES MAGISTRATE JUDGE

February 16, 2017
Florence, South Carolina